UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPREME SHOWROOM, INC.,

                      Plaintiff,

-v-

BRANDED APPAREL GROUP, LLC,

                      Defendant.

16 Civ. 5211 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

After consulting with counsel, the Court will not seek to schedule a jury trial this fall in light of New York's current quarantine requirements for out of state visitors. The Court expects to set a trial date promptly after the quarantine requirement abates.

In light of this development, the status conference currently scheduled for September 2, 2020 is adjourned *sine die*.

SO ORDERED.

                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: August 21, 2020
         New York, New York