UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPREME SHOWROOM, INC.,

                      Plaintiff,

      -v-                                      16 Civ. 5211 (PAE)

BRANDED APPAREL GROUP LLC,                ORDER

                      Defendant.

PAUL A. ENGELMAYER, District Judge:

      The Court has received notice of the filing of a petition under chapter 11 of the Bankruptcy Code by defendant Branded Apparel Group LLC. The Court's understanding is that this filing automatically results in a stay of this litigation. In the event that there is an aspect of this litigation that is not affected by the automatic stay, counsel are to notify the Court by joint letter due November 6, 2020. Regardless, the Court directs counsel to submit written joint status letters as to the bankruptcy proceeding every three months. The first is due January 29, 2021.

      SO ORDERED.

                                                                              Paul A. Engelmayer
                                                                              United States District Judge

Dated: October 30, 2020
          New York, New York