```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
SUPREME SHOWROOM, INC,                                              :
                                                                    :    16 Civ. 5211 (PAE)
                                       Plaintiff,                   :
                                                                    :         ORDER
                -v-                                                 :
                                                                    :
BRANDED APPAREL GROUP LLC d/b/a SXS                                 :
GROUP, LLC,                                                         :
                                                                    :
                                       Defendant.                   :
                                                                    :
------------------------------------------------------------------- X
```

PAUL A. ENGELMAYER, District Judge:

On October 30, 2020, the Court stayed this case because of pending proceedings in bankruptcy court. The Court also directed the parties to file a status letter every three months. Dkt. 116.

The Court last received such a status update on February 1, 2021. Dkt. 121. The Court directs the parties to submit a joint status letter by October 19, 2021, advising as to the status of this case.

SO ORDERED.

                                                                             *Paul A. Engelmayer*
                                                                             Paul A. Engelmayer
                                                                             United States District Judge

Dated: October 12, 2021
       New York, New York